

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00316-CV

_____

IN RE A.G. AND C.O., Relators

Original Proceeding
158th District Court of Denton County, Texas
Trial Court No. 18-11492-211

Before Wallach, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for temporary relief are denied.[1]

Per Curiam

Delivered:  October 6, 2021

---

[1]This denial should not be construed as condoning the intemperate comments of the trial court found on pages 136 through 138 of the reporter's record of the hearing in question.